IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

8355 Highfield Drive (Volvo)
Associates, LLC,

             Plaintiff,                        Case No. 2:09-cv-00085

             v.                           Judge Marbley

Transamerica Life Insurance             Magistrate Judge Kemp
Company, et al.,

             Defendants.

---

Volvo Group North America, Inc.
d/b/a Volvo Parts North America,

                               Case No. 2:09-cv-130

             Plaintiff,
                               (Consolidated with Case No.
             v.                        2:09-cv-00085)

Aegon USA Realty Advisors, Inc., et. al.,

             Defendants.

## AGREED ENTRY DIRECTING DISBURSAL OF FUNDS HELD IN THE REGISTRY OF THE COURT AND DISMISSING ALL CLAIMS WITH PREJUDICE

       These consolidated cases involve an initial action filed by 8355 Highfield Drive (Volvo) Associates, LLC ("Highfield") asserting claims against Transamerica Life Insurance Company, successor by merger to Transamerica Occidental Life Insurance Company, and AEGON USA Realty Advisors, Inc. (collectively, the "AEGON Parties") filed in the Court of Common Pleas for Delaware County, Ohio, Case No. 09-CVH-01-0086. The AEGON Parties subsequently removed that case to this Court as Case No. 2:09-cv-00085. The AEGON Parties then filed counterclaims against Highfield and a

third-party complaint against Dov Rabinowitz, Goldy Rabinowitz, Jacques Freund and Morris Levy (collectively, the "Third-Party Defendants").

In connection with certain rental payments owed by Volvo Group North America, Inc., d/b/a Volvo Parts North America ("Volvo"), Volvo filed an interpleader complaint in this Court against Highfield and Volvo that was assigned Case No. 2:09-cv-00130. With the consent of all parties, Volvo commenced depositing the rental payments into the Registry of the Court and the interpleader case was consolidated with Case No. 2:09-cv-00085. As of July 1, 2009, the amount of Volvo's deposits and accrued interest held in the Registry of the Court was $807,609.67.

Upon Joint Motion of the parties to implement a settlement agreement and for good cause shown, it is hereby ORDERED that the Clerk of Courts shall pay the amount on deposit in the Registry of the Court for this case, plus accrued interest but less the Court's Registry fee, to Lawyers Title Insurance Corporation, 4111 Executive Parkway, Suite 304, Westerville, OH 43081 (Attention Nancy Moore). It is also ORDERED that Highfield's claims against the AEGON Parties, the AEGON Parties' counterclaim against Highfield, the AEGON Parties' third-party complaint against the Third-Party Defendants and Volvo's interpleader complaint against Highfield and the AEGON Parties are hereby dismissed with prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

_____s/Algenon L. Marbley_____
United States District Judge

<u>AGREED</u>:

s/ Michael R. Reed
<u>by Tiffany C. Miller e-mail auth. 7/23/09</u>
John W. Zeiger (0010707)
Michael R. Reed (0063995)
Kris Banvard (0076216)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
Tel (614) 365-9901
Fax (614) 365-7900
reed@litohio.com

Counsel for 8355 Highfield Drive (Volvo)
Associates, LLC and the Third-Party
Defendants

s/ Catherine E. Woltering
<u>by Tiffany C. Miller telephone auth. 7/23/09</u>
Sherri B. Lazear (0030546)
Catherine E. Woltering (0084015)
BAKER & HOSTETLER LLP
Capital Square, Suite 2100
65 E. State Street
Columbus, Ohio 43215-4260
Tel (614) 462-2631
Fax (614) 462-2616
slazear@bakerlaw.com

Counsel for Volvo Group North America,
Inc., d/b/a Volvo Parts North America

s/ W. Evan Price II
<u>by Tiffany C. Miller personal auth. 7/23/09</u>
W. Evan Price II (0056134)
   *Trial Attorney*
Tiffany C. Miller  (0072881)
   *Of Counsel*
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, 21st Floor
Columbus, Ohio  43215-3422
Tel (614) 229-3209
Fax (614) 221-0479
evan.price@baileycavalieri.com

Counsel for Defendants Transamerica Life
Insurance Company, successor by merger
to Transamerica Occidental Life Insurance
Company, and AEGON USA Realty
Advisors, Inc.